**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
LAURENCE LAMUR,

                Plaintiff,

         - against -

HOME SERVICES SYSTEMS, INC.,

                Defendant.
----------------------------------------------------------X

**ORDER**

10-CV-5285 (ENV) (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

      Attorney Richard I. Greenberg Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By June 17, 2011, Mr. Greenberg shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Greenberg shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Greenberg shall also ensure that the $25 admission fee be submitted to the Clerk's Office.

      **SO ORDERED.**

Dated: Brooklyn, New York
         June 10, 2011

                                                /s/ James Orenstein
                                               JAMES ORENSTEIN
                                               U.S. Magistrate Judge